# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JUDRIKA HOUSTON**  
**ADC #170741**  PLAINTIFF

v.  No. 4:23-cv-892-DPM

**DELAY GUNNER, Judge,**  
Sebastian County Circuit Court;  
**DANIEL SHONE, Prosecuting Attorney,**  
Sebastian County; **CINDY GILMER,**  
**Clerk, Sebastian County Circuit Court**  DEFENDANTS

## ORDER

Houston filed this 42 U.S.C. § 1983 case in this judicial district. From the facts alleged and the Defendants named, venue properly lies in the Western District of Arkansas. 28 U.S.C. § 1391(b). The Court finds that the interests of justice would be best served by transferring this case. 28 U.S.C. § 1406(a). The Court directs the Clerk to transfer the entire case file to the United States District Court for the Western District of Arkansas. The transfer is immediate because the receiving Court is in the Eighth Circuit, too. *Cf. In re Nine Mile Limited*, 673 F.2d 242 (8th Cir. 1982).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 November 2023